**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK**
---------------------------------------------------------------X
In Re STERLING FOSTER & CO., Inc.,        MDL Docket No. 1208
SECURITIES LITIGATION
---------------------------------------------------------------X

        **JUDGMENT**
        CV-99-2789 (ADS)(MLO)

ROBERT LEVITT for himself and as custodian
for Richard Levitt and Monica Levitt,
ROBERT RICE, STEPHEN G. SIBEN,
STEPHEN STOBEHN, STANLEY
VELTKAMP, PHILIP C. VITANZA for himself
and Elizabeth Vitanza and Luke Vitanza, JOHN T.
WHITE, GUY V. WOOD, CARL ZANDER, JR.,
And TED M. And KATHRYN N. JONES,
as Trustees,

            Plaintiffs,

     -against-

BEAR STEARNS & CO., INC., and BEAR
STERNS SECURITIES CORP.,

            Defendants.

---------------------------------------------------------------X
THOMAS ROGERS, et al.,

            Plaintiffs,

                                    97-CV-0189 (ADS)(MLO)
     -against-

STERLING FOSTER & CO., Inc., et al.,

            Defendants.         Consolidated With:
---------------------------------------------------------------X
LEO W. SMITH, et al.,

            Plaintiffs,

     -against-                                  97-cv-0610 (ADS)(MLO)

STERLING FOSTER & CO., INC., et-al.,

            Defendants.
---------------------------------------------------------------X

JUDGMENT CONT'D:
----------------------------------------------------------------X
WILLIAM V. WRIGHT, et al.,

                          Plaintiffs,

      -against-                                            97-cv-1689 (ADS)(MLO)

STERLING FOSTER & CO., INC., et al.,

                          Defendants.
----------------------------------------------------------------X
MICHAEL REYNOSA, et al.,

                          Plaintiffs,

      -against-                                            97-CV-3253 (ADS)(MLO)

STERLING FOSTER & CO., INC., et al.,

                          Defendants.
----------------------------------------------------------------X
ANDREW PETIT, et al.,

                          Plaintiffs,

      -against-                                            97-CV-3775 (ADS)(MLO)

STERLING FOSTER & CO, INC., et al.,

                          Defendants.
----------------------------------------------------------------X

      A Memorandum of Decision and Order of Honorable Arthur D. Spatt, United States District Judge, having been filed on October 31, 2006, approving the Settlement Agreement, and dismissing all claims against the Settling Defendants on the merits and with prejudice subject to the terms of the Settlement Agreement, approving the allocation plan, and awarding Lead Counsel for the plaintiffs litigation expenses in the amount of $85,935.37, and awarding Leslie Trager, Esq., litigation expenses in the amount of $2,862.74, and awarding Lead Counsel attorneys' fees of 25% of the settlement fund, after subtraction of litigation expenses, in the amount of $327,800.47, and awarding Leslie Trager, Esq., attorneys' fees in the sum of $20,790.00, and denying the motion of Leslie Trager, Esq., to be appointed Lead Counsel, it is

JUDGMENT CONT'D

**ORDERED AND ADJUDGED** that the Settlement Agreement is approved; that all claims against the Settling Defendants are dismissed on the merits and with prejudice subject to the terms of the Settlement Agreement; that the allocation plan is approved; that Lead Counsel for plaintiffs is awarded litigation expenses in the amount of $85,935.37; that Leslie Trager, Esq., is awarded litigation expenses in the amount of $2,862.74; that Lead Counsel is awarded attorneys' fees of 25% of the settlement fund, after subtraction of litigation expenses, in the amount of $327,800.47; that Leslie Trager, Esq., is awarded attorneys' fees in the sum of $20,790.00; and that the motion of Leslie Trager, Esq., to be appointed Lead Counsel is denied .

Dated: Central Islip, New York
October 31, 2006

ROBERT C. HEINEMANN
CLERK OF THE COURT

BY: /S/ LORRAINE SAPIENZA
DEPUTY CLERK